UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MARCUS EMANUEL JACKSON** | **CASE NO. 6:24-CV-00360** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MORTGAGE RESEARCH CENTER L L C ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before the Court is a MOTION TO DISMISS filed by defendant Mortgage Research Center, LLC d/b/a Veterans United Home Loans ("MRC") [Doc. 29], a MOTION TO DISMISS UNDER RULE 12(B)(5) filed by defendant Planet Home Lending, LLC ("Planet Home") [Doc. 34], a MOTION TO DISMISS UNDER RULE 12(B)(6) filed by Planet Home [Doc. 35], and a MOTION FOR RESTRAINING AND OR PROTECTION ORDER [Doc. 7] and a MOTION FOR SUMMARY JUDGMENT [Doc. 19] filed by Plaintiff Marcus Emanuel Jackson. These motions were referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, including the OBJECTIONS [Doc. 43] filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, all claims by Plaintiff Marcus Emanuel Jackson against defendants Mortgage Research Center, LLC d/b/a Veterans United Home Loans and Planet Home Lending, LLC are DISMISSED without prejudice.

THUS, DONE AND SIGNED in Chambers on this 11th day of February 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE